

**FILED**

**JUN 03 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **United States of America,** ) | **ORDER TO REDUCE** |
| ) | **TERM OF SUPERVISED RELEASE FOR** |
| **v.** ) | **SUCCESSFUL COMPLETION** |
| ) | **OF REENTRY COURT** |
| **Cesar Aguirre,** ) | **(18 U.S.C. 3583(3)(1)** |
| ) | |
| **Defendant.** ) | |
| ) | **Docket Number:   0972 1:17CR00258-001** |

On November 30, 2016, the defendant was accepted as a participant in the Reentry Court Program.   As of February 21, 2019, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of June 23, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.  The term of Supervised Release imposed on November 10, 2010, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_May 23, 2019_
**Date**

_Sheila K. Oberto_
**The Honorable Sheila K. Oberto**
**U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.  The defendant's term of Supervised Release is reduced by one year, with a new termination date of June 23, 2020.

_May 31, 2019_
**Date**

_Lawrence J. O'Neill_
**The Honorable Lawrence J. O'Neill**
**Chief U.S. District Judge**

cc:    Defendant
       Assistant United States Attorney:   Not assigned
       Defense Counsel:   Not assigned
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX